IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:22-cv-00517-RJC-DCK

| | |
|---|---|
| TELE TEVI,<br><br>      Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY EMPLOYEE INCOME PROTECTION PLAN and HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>      Defendants. | **NOTICE OF SETTLEMENT** |

Plaintiff Tele Tevi, and Defendants Hartford Fire Insurance Company Employee Income Protection Plan and Hartford Life & Accident Insurance Company (collectively "Defendants"), by and through their undersigned legal counsel, hereby inform the Court that the parties recently reached settlement in this case. A stipulation of dismissal will be filed upon the parties' completion of the settlement documents and other arrangements.

[SIGNATURES AND DATE ON NEXT PAGE]

Respectfully submitted the 7th day of December, 2022.

| | |
|---|---|
| /s/ Hannah Auckland | /s/ Michael B. Cohen |
| Bryan Tyson | Michael B. Cohen |
| N.C. Bar No. 32182 | N.C. Bar No. 50629 |
| Hannah Auckland | Troutman Pepper |
| N.C. Bar No. 35953 | 305 Church at North Hills Street, Suite 1200 |
| Marcellino & Tyson, PLLC | Raleigh, NC 27609 |
| 2200 East 7th Street, Suite 100 | Telephone: (919) 835-4141 |
| Charlotte, NC 28204 | michael.cohen@troutman.com |
| Telephone: (704) 919-1519 | |
| bryan@yourncattorney.com | *Counsel for Defendants* |
| hauckland@yourncattorney.com | |

*Counsel for Plaintiff*